IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCALES EXPRESS, INC. and LINCOLN GENERAL INSURANCE COMPANY, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.: 05-719-BH-B |
| ELBERT R. SMITH, JR., *et. al.*, ) ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Defendant Zurich American Insurance Company's (hereinafter, "Zurich") Motion (Doc. 7) to Dismiss Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief may be granted.  However, as Plaintiffs' Complaint states, this is an action of interpleader brought pursuant to 28 U.S.C. §1335.  Based on the sparse pleading submitted by Defendant Zurich, the Court cannot rule that Plaintiffs' Complaint has been improperly plead.  Therefore, Defendant Zurich is **hereby ORDERED to SHOW CAUSE** or further support its Motion as to why this matter is due to be dismissed.  Defendant Zurich's **Response** to this Order is **due on or before January 12, 2006**.  Should Defendant Zurich fail to respond, its Motion (Doc. 7) to Dismiss will be denied.

**So ORDERED**, this 5th day of January, 2006.

                                                               s/ W. B. Hand
                                          SENIOR DISTRICT JUDGE