# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SCALES EXPRESS, INC. and LINCOLN GENERAL INSURANCE COMPANY, ) ) ) Plaintiffs, ) ) v. ) ) ELBERT R. SMITH, JR., et al., ) ) Defendants. ) | Civil Action No.: 05-719-BH-B |

## ORDER

This matter is before the Court on Defendant CSX Transportation, Inc.'s Motion (Doc. 30) to be Dismissed from this action. As stated in its pleading, CSX has determined that any claims it may have resulting from the underlying auto accident have been satisfied. Therefore, it disclaims any interest in the fund created by this action and should not be properly included in this action. Accordingly, the Court **hereby ORDERS** that Defendant CSX Transportation, Inc. be **DISMISSED** as a party in this interpleader suit.

**So ORDERED**, this 18th day of January, 2006.

                                               s/ W. B. Hand
                                       SENIOR DISTRICT JUDGE