# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SCALES EXPRESS, INC. and LINCOLN GENERAL INSURANCE COMPANY,   )<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>ELBERT R. SMITH, JR., *et. al.*,   )<br>)<br>Defendants.   ) | Civil Action No.: 05-719-BH-B |

## ORDER

This matter is before the Court on Defendant H&W Holdings, LLC's (hereinafter, "H&W") Motion to Dismiss which has been plead as part of their Answer (Doc. 67). Defendant H&W seeks the Court to dismiss the claim for interpleader filed against them by both Scales Express, Inc. (hereinafter, "Scales") and Lincoln General Insurance Company (hereinafter, "Lincoln General"). Pursuant to the Court's Order (Doc. 55), Scales has been terminated as a plaintiff in the instant action and no longer has a claim of interpleader against any of the named defendants.  As to Plaintiff Lincoln General, however, the Court has found that an interpleader action is appropriate in these circumstances and has been properly brought before this Court.  Therefore, Defendant H&W's Motion to Dismiss is **hereby GRANTED in Part and DENIED in Part**.

**So ORDERED**, this 1st day of March, 2006.

                                                                          s/ W. B. Hand
                                                                    SENIOR DISTRICT JUDGE